```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12657
   SANDRA K COPLIEN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-1528


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/16/07 .

    2.   The case was dismissed without confirmation, 01/11/2008.

    3.   The Debtor paid a total of $    2245.62 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG       .00           .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE  NOT FILED          .00            .00
DUPAGE COUNTY COLLECTOR  SECURED          10400.00         .00          1668.55
INTERNAL REVENUE SERVICE SECURED           3100.00         .00           497.35
WILL COUNTY TREASURER    PRIORITY       NOT FILED          .00            .00
CENTRAL DUPAGE HOSPITAL  UNSECURED      NOT FILED          .00            .00
COMED                    UNSECURED      NOT FILED          .00            .00
NICOR GAS                UNSECURED      NOT FILED          .00            .00
       Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  13500.00        .00         .00         .00        13500.00
PRINCIPAL PAID       2165.90        .00         .00         .00         2165.90
INTEREST PAID            .00        .00         .00         .00             .00
TOTAL PAID           2165.90        .00         .00         .00         2165.90
The Debtor's attorney, GLENDA J GRAY                , was allowed $    3000.00
and was paid $    176.00   direct and $      .00  through the plan.

The Trustee received $      79.72 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 04/11/08              /S/
                             GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12657 SANDRA K COPLIEN